UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
~~xx-mj-xx (DLM)~~
26-mj-75 DLM

STATE OF MINNESOTA  )
                    )  ss.  Bronson D. Day
COUNTY OF RAMSEY    )

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Bronson D. Day, being duly sworn, do hereby state as follows:

### INTRODUCTION & AGENT BACKGROUND

1. I am employed by the Department of Homeland Security (DHS) Immigration and Customs Enforcement (ICE) Homeland Security Investigations (HSI) and have been employed since March 2020. I graduated from the Criminal Investigator Training Program (CITP) on November 18, 2020, and Homeland Security Investigations Special Agent Training (HSISAT) on February 27, 2021. Both were located at the Federal Law Enforcement Training Center (FLETC), located at Glynco, Georgia. During that time, I completed training in surveillance, search and arrest warrants, federal laws enforced by HSI, and federal criminal procedures. Prior to my tenure as a Special Agent, I was a United States Border Patrol agent for nine (9) years where I attended and graduated the Border Patrol Academy at (FLETC) in Artesia, NM. In my professional experience, I have conducted multiple criminal investigations for federal violations including, but not limited to, narcotics smuggling, sex trafficking, possession and production of child sexual

1

abuse material, and assaults of federal officers.

2.   This affidavit is submitted for the limited purpose of establishing probable cause in support of issuing a complaint and arrest warrant for Claire Louise FENG for violating Title 18, United States Code, Sections 111(a)(1) and 111(b).

3.   This affidavit is based on my personal knowledge, as well as information I have learned from other law enforcement officers and the review of reports, written materials, and recordings at the writing of this affidavit. This affidavit does not include all the details I have learned regarding this investigation. Rather, it only includes information believed to be sufficient to establish probable cause.

## PROBABLE CAUSE

1.   On January 24, 2026, at approximately 9:05 a.m., following an officer involved shooting, United States Border Patrol (BP) Agents and Customs and Border Protection (CBP) Officers were assigned to establish and maintain a secure perimeter near Nicolette St. between 27th and 28th St., in Minneapolis, MN.

2.   At approximately 9:25 a.m., a United States Customs and Border Protection (CBP) Officer (hereinafter, "CBP 1"), witnessed an individual kick a chemical agent cannister towards federal law enforcement. The cannister had just been deployed by federal law enforcement to prevent the crowd that

had gathered from entering the area where the officer involved shooting had just occurred.

3. CBP 1 then attempted to arrest the individual who kicked the chemical agent cannister, a female wearing a backpack and gas mask, an individual whose identity is known to law enforcement. During the attempted arrest, CBP 1 fell to the ground and while on the ground, CBP 1 was tackled by a second individual, later identified as Claire Louise FENG.

4. A Homeland Security Investigations (HSI) agent witnessed CBP 1 being tackled, reacted, and pulled FENG off CBP 1. CBP 2 (hereinafter, "Victim") took FENG to the ground. FENG was face down on the ground with her hands beneath her. The Victim gained control of one of FENG's arms then reached under FENG's body and across her face to grasp her other hand in attempt to secure FENG's second arm. FENG then forcibly bit the right ring finger of the Victim.

5. The Victim was extremely cold, and the Victim's vision was distorted due to wearing a gas mask. As a result, the Victim was not aware of the severity of FENG's bite but knew he was injured. The Victim then removed his glove and noticed the tip of his right ring finger had been bitten off by FENG from the nailbed, leaving his bone exposed. The Victim located the tip of his finger inside his glove and was able to get medical attention approximately 45 minutes after the incident. Depicted below are photographs

of the injury FENG inflicted upon the Victim, before and after medical attention:









4

## CONCLUSION

7.      Based on the information set forth above, there is probable cause to believe that the Defendant, Claire Louise FENG, forcibly assaulted, resisted, opposed, impeded, intimidated, or interfered with a federal law enforcement officer in performance of official duties, and in the commission of that act inflicted bodily injury on the Victim, all in violation of Title 18, United States Code, Sections 111(a)(1) and 111(b).

Bronson D. Day
Special Agent
Homeland Security

SUBSCRIBED and SWORN before me
by reliable electronic means via FaceTime
and email pursuant to Fed. R. Crim. P. 41(d)(3) on
January 25, 2026

DOUGLAS L. MICKO
United States Magistrate Judge
District of Minnesota